UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCISCO XOCHIMITL, EDWIN J. CRUZ, and
TEOFILO REYES, *on behalf of themselves, and other similarly situated employees*,

        Plaintiffs,      No.: 1:21-cv-06748 (CLP)

  -against-         [proposed] **RULE 68 JUDGMENT**

CLIPPER EQUITY LLC, BISTRICER HOLDINGS LLC,
4611 ASSOCIATES LLC, and 3100 OCEAN LLC

        Defendants.
------------------------------------------------------------------X

  **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Clipper Equity LLC, Bistricer Holdings LLC, 4611 Associates LLC and 3100 Ocean LLC, (collectively, "Defendants"), having offered to allow Plaintiffs Francisco Xochimitl, Edwin J. Cruz, and Teofilo Reyes ("Plaintiffs") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 15, 2023, and filed as Exhibit "A" to Docket Number 19;

  **WHEREAS**, on February 16, 2023, Plaintiffs' attorneys having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Docket 19);

  It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff in the amount of fifteen thousand dollars ($15,000.00), and the clerk is directed to close the case.

Dated: New York, New York
   February ___, 2023

                 _____, U.S.M.J.